IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:07-CR-183 (2)

REGINALD LANGFORD,

    JUDGE WALTER HERBERT RICE

    Defendant.

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION TO REDUCE SENTENCE (DOC. #366), PURSUANT TO 18 U.S.C. § 3582(c)(2), BY AGREEMENT OF GOVERNMENT AND DEFENDANT'S COUNSEL

---

Pursuant to the Memorandum filed by Defendant's counsel, Steven S. Nolder, in support of the Defendant's Motion to Reduce Sentence, pursuant to 18 U.S.C. § 3582(c)(2) (Doc. #366), said Motion is deemed to be well taken and same is, therefore, sustained in its entirety. Accordingly, the 168-month aggregate sentence imposed by this Court on March 27, 2009 (Doc. #301), journalized in a Judgment Entry of March 30, 2009 (Doc. #307), is reduced to one of 120 months.

December 22, 2011

    WALTER HERBERT RICE
    UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Reginald Langford, #44660-061, FCI Manchester, P.O. Box 4000,
    Manchester, KY 40962
United States Marshal


Courtesy copy to:

Vince Popp, Esq.