IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEITH B. WILKES, SR.,

    Defendant.

Case No. 3:07cr183 (9)

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION, PURSUANT TO 18 U.S.C. § 3582(c)(2), SEEKING A REDUCTION OF SENTENCE; MOTION SUSTAINED AS AN "AGREED DISPOSITION CASE"; AMENDED JUDGMENT ENTRY; NO FURTHER AMENDED JUDGMENT ENTRY TO FOLLOW; TERMINATION ENTRY

---

Counsel having agreed to treat the Defendant's Motion to Reduce Sentence, pursuant to 18 U.S.C. § 3582(c)(2) (Doc. #361), as an agreed disposition case, said Motion is deemed by this Court to be well taken and same is sustained in its entirety.

Accordingly, the 100-month sentence imposed by this Court on November 6, 2008 (Doc. #265), journalized in a Judgment Entry filed November 7, 2008 (Doc. #267) is amended to reflect that the Defendant is remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a term of

84 months. In all other respects, the aforesaid sentence and Judgment Entry are unchanged. There will be no further amended judgment filed in this case.

March 15, 2012

_(signature)_
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Brent Tabacchi, AUSA
Steen S. Nolder, Esq.
Keith Wilkes, Sr., #44648-061, FMC Lexington, Federal Medical Center,
 P.O. Box 14500, Lexington, KY 40512
Records Division, Federal Medical Center, 3301 Leestown Road,
 Lexington, KY 40511

Courtesy copy to:

Nick Gounaris, Esq.