IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


UNITED STATES OF AMERICA,

Plaintiff,

vs.

ANTONIO PIERCE,

Defendant.

:

:

:

:

Case No. 3:07cr0183
Also 3:11cv429
JUDGE WALTER HERBERT RICE

---

ENTRY REQUESTING GOVERNMENT'S RESPONSE TO DEFENDANT'S
OBJECTIONS (DOC. #390) TO MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATIONS (DOC. #387)

---

On March 15, 2012, the United States Magistrate Judge filed a Report and

Recommendations (Doc. #387), recommending that Defendant's Section 2255

motion be denied with prejudice, and that any requested certificate of appealability

and request for leave to appeal in forma pauperis also be denied.  On March 19,

2012, the Defendant filed a document styled "Pro Se Addendum (Doc. #389)" to

his Section 2255 motion, setting forth additional arguments in support thereof,

based upon certain information which constituted an Expanded Record.  Defendant

filed, on March 26, 2012, his pro se objections (Doc. #390) to the aforesaid Report

and Recommendations.

This Court requests the Government to file a response to both the

Defendant's objections and his Pro Se Addendum, not later than 21 days following

receipt of this entry.

March 28, 2012

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of record